GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
gwinspear@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:	(702) 839-1100
Facsimile:	(702) 839-1113
**Attorney for Defendant**
**Progressive Casualty Insurance Company**
**d/b/a Progressive Insurance**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN MATTHEW SUMNER, individually; and SYLVIA DAO SUMNER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY d/b/a PROGRESSIVE INSURANCE, a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00698-GMN-DJA<br><br>**JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 26-1(b)**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Justin Matthew Sumner and Sylvia Dao Sumner ("Plaintiffs"), and Progressive Casualty Insurance Company d/b/a Progressive Insurance ("Defendant"), hereby submit their Joint Proposed Discovery Plan and Scheduling Order Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(b). Deadlines that fall on a Saturday, Sunday or legal holiday have been scheduled for the next judicial day.

**Statement of reasons why longer or different time periods should apply to the case:**

The parties believe that this matter requires a discovery period of 240 days (eight months) from the date of the Fed. R. Civ. P. 26(f) conference, June 2, 2023. The additional discovery time is necessary because of known delays on the part of medical providers in responding to subpoenas and medical request letters, limited

availability of medical providers to present for deposition, limited availability of experts, and upcoming trial schedules of counsel through the end of 2023.

**LR 26-1(a), Fed. R. Civ. P. 26(f) Meeting:** Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), a meeting was held on June 2, 2023 and was attended telephonically by Paul A. Shpirt, Esq., of Dimopoulos Injury Law, attorney for Plaintiffs, and Gina Gilbert Winspear, Esq. of Dennett Winspear, LLP, attorney for Defendant.

**LR 26-1(b)(1) Discovery Cut-Off Date:** Defendant filed its Notice of Removal on May 4, 2023. The proposed last day of discovery shall be **Monday, January 29, 2024**, which is calculated as 240 days (8 months) from the parties Fed. R. Civ. P. 26(f) conference with took place on June 2, 2023.

**LR 26-1(b)(2) Amending of Pleadings and Adding of Parties:** The parties have until **Tuesday, October 31, 2023**, to file any motions to amend the pleadings or to add parties. This is 90 days before the proposed discovery cut-off date.

**LR 26-1(b)(3), Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** Disclosure of experts shall proceed as follows: Plaintiffs and Defendant shall disclose their experts to each other at least sixty (60) days before the discovery cut-off date, by **Thursday, November 30, 2023**. Plaintiffs and Defendant shall disclose their rebuttal experts at least thirty (30) days after the initial date for disclosure of experts, by **Friday, December 29, 2023**.

Further, each party agrees to make their experts available for deposition, and facilitate the same, prior to discovery cut-off.

**LR 26-1(b)(4) Dispositive Motions:** The parties shall have until **Wednesday, February 28, 2024** to file dispositive motions. This does not exceed the outside limit of thirty (30) days following the discovery cut-off that LR 26-1(b)(4) presumptively sets for filing dispositive motions.

**LR 26-1(b)(5) Pre-Trial Order:** The pre-trial order shall be filed by **Friday, March 29, 2024**, which is 30 days after the date set for filing dispositive motions pursuant to LR 26-1(b)(5). This date is suspended if the dispositive motions are timely filed. In such a case, the pretrial order shall be filed thirty (30) days after the Court files an Order on any dispositive motions. The disclosures required by FRCP 26(a)(3) shall be made in the joint pretrial order.

**LR 26-1(b)(6), Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them shall be included in the joint pre-trial order.

**LR 26-1(b)(7) Alternative Dispute Resolution and Settlement:** The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration, and if applicable, an early neutral evaluation; the parties are in discussions regarding possible binding arbitration.

**LR 26-1(b)(8) Alternative Forms of Case Disposition:** The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and the use of the Short Trial Program (General Order 2013-01); the parties agree that none of the foregoing are appropriate for this case.

**LR 26-1(b)(9)] Electronic Evidence:** The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. Although not known at this time which exhibits will be electronically presented, the parties shall provide discovery in an electronic format compatible with the Court's electronic jury evidence display system. The parties shall contact the courtroom administrator for instructions about how to prepare evidence in an electronic format and other requirements for the Court's electronic jury evidence system.

## Other Discovery Matters

**Fed. R. Civ. P. 26(a)(1) Pre-Discovery Disclosures:** Pursuant to Fed. R. Civ. P. 26(a)(1)(C), the parties will make their pre-discovery disclosures, including any and all information required by Fed. R. Civ. P. 26(a)(1) on or before Friday, June 16, 2023, which is 14 days from the date of the Fed. R. Civ. P. 26(f) conference.

**Subjects of Discovery:** Discovery will be needed on the following subjects: Discovery will be needed on all of the claims and defenses in this matter and all matters within the scope of Rule 26 of the Federal Rules of Civil Procedure.

**Interrogatories and Depositions:** The customary total number of interrogatories of 25 per party; the parties may agree to more interrogatories by mutual agreement or application to the Court. No more than ten (10) depositions by Plaintiffs and no more than ten (10) depositions by

1  Defendant as provided in Fed. R. Civ. P. 30(a)(2)(A)(i). However, the parties may agree to more
2  depositions by mutual agreement or application to the Court.

3  **Settlement:** The parties shall confer prior to expert depositions to discuss settlement
4  options regarding any and all parties, including new parties.

5  **Court Conferences:** Plaintiffs do not request a conference with the Court before entry of
6  the scheduling order.

7  **Later Appearing Parties:** A copy of this discovery plan and scheduling order shall be
8  served on any person served after it is entered, or, if additional defendants should appear, within
9  five (5) days of their first appearance. This discovery plan and scheduling order shall apply to such
10 later-appearing parties, unless the Court, on motion and for good cause shown, orders otherwise.

11 **Extension or Modification of the Discovery Plan and Scheduling Order:** LR 26-3
12 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or
13 motion must be made not later than twenty-one (21) days before the subject deadline and comply
14 fully with LR 26-3.

15 **Format of Discovery:** Pursuant to the electronic discovery amendments to the Federal
16 Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues
17 pertaining to the format of discovery at Fed. R. Civ. P. 26(f) conference. The parties do not
18 anticipate discovery of native files or metadata at this time, but each party reserves the right to
19 make a showing for the need of such electronic data as discovery progresses.

20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28

| Activity | Date |
|---|---|
| Amend Pleadings | **Tuesday, October 31, 2023** |
| Expert Disclosures | **Thursday, November 30, 2023** |
| Rebuttal Expert Disclosures | **Friday, December 29, 2023** |
| Discovery Cut-Off Date | **Monday, January 29, 2024** |
| Dispositive Motions | **Wednesday, February 28, 2024** |
| Pretrial Order | **Friday, March 29, 2024** |

Dated this 8th day of June, 2023.                                Dated this 8th day of June, 2023.

**DENNETT WINSPEAR, LLP**                              **DIMOPOULOS INJURY LAW**


By____/s/ Gina Gilbert Winspear_____         By___/s/ Paul A. Shpirt_____
GINA GILBERT WINSPEAR, ESQ.                          PAUL A. SHPIRT, ESQ.
Nevada Bar No. 005552                                          Nevada Bar No. 010441
3301 N. Buffalo Drive, Suite 195                             6671 South Las Vegas Blvd., Suite 275
Las Vegas, Nevada  89129                                     Las Vegas, Nevada 89119
Telephone:  (702) 839-1100                                    Telephone: (702) 800-6000
Facsimile:  (702) 839-1113                                      Facsimile: (702) 224-2114
*Attorney for Defendant*                                          *Attorney for Plaintiffs*
*Progressive Casualty Insurance Company*          *Justin Matthew Sumner and Sylvia Dao*
*d/b/a Progressive Insurance*                                 *Sumner*


IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/8/2023

5