1  GINA GILBERT WINSPEAR, ESQ.
   Nevada Bar No. 005552
2  gwinspear@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
3  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada  89129
4  Telephone:     (702) 839-1100
   Facsimile:      (702) 839-1113
5  **Attorney for Defendant**
   **Progressive Casualty Insurance Company**
6  **d/b/a Progressive Insurance and Progressive**
   **Northern Insurance Company**
7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10

11 | JUSTIN MATTHEW SUMNER, individually; and SYLVIA DAO SUMNER, individually, | Case No.: 2:23-cv-00698-GMN-DJA |

12                Plaintiffs,

13  vs.                                            **STIPULATION AND ORDER FOR**
                                                   **DISMISSAL WITH PREJUDICE**
14  PROGRESSIVE CASUALTY INSURANCE
    COMPANY d/b/a PROGRESSIVE INSURANCE, a
15  foreign corporation; DOE INDIVIDUALS 1-20,
    inclusive; and ROE CORPORATIONS 1-20,
16  inclusive,

17                Defendants.

18

19       IT IS HEREBY STIPULATED AND AGREED by and between, Paul A. Shpirt, Esq. of the

20  law firm of Dimopoulos Injury Law, attorney for Plaintiffs Justin Matthew Sumner and Sylvia Dao

21  Sumner; and Gina Gilbert Winspear, Esq. of the law firm of Dennett Winspear, LLP, attorney for

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

Progressive Northern Insurance Company, that the within matter be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 25th day of July, 2023.

**DENNETT WINSPEAR, LLP**

By  /s/ Gina Gilbert Winspear
GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:  (702) 839-1100
Facsimile:  (702) 839-1113
*Attorney for Defendant*
*Progressive Casualty Insurance Company*
*d/b/a Progressive Insurance and*
*Progressive Northern Insurance Company*

Dated this 25th day of July, 2023.

**DIMOPOULOS INJURY LAW**

By  /s/ Paul A. Shpirt
PAUL A. SHPIRT, ESQ.
Nevada Bar No. 010441
6671 South Las Vegas Blvd., Suite 275
Las Vegas, Nevada 89119
Telephone: (702) 800-6000
Facsimile: (702) 224-2114
*Attorney for Plaintiffs*
*Justin Matthew Sumner and Sylvia Dao Sumner*

## ORDER

UPON Stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the within matter be, and is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 25, 2023

_____
DISTRICT COURT JUDGE

Submitted by:
**DENNETT WINSPEAR, LLP**

By  /s/ Gina Gilbert Winspear
GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
**Attorney for Defendant**
**Progressive Casualty Insurance Company**
**d/b/a Progressive Insurance and Progressive**
**Northern Insurance Company**